PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2021

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| | ) |
| Donovan Wayne Dehnel | ) |

Case No. 2:21CR00019-RMP-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Donovan Wayne Dehnel, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

**Modified Condition:** The defendant shall participate in a substance abuse evaluation and attend any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _____ | 5/4/21 | _____ | 5-4-21 |
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Donovan Wayne Dehnel | | Erik Carlson | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | |
|---|---|
| _____ | 5/5/21 |
| Signature of Defense Counsel | Date |
| Molly Winston | |

[X] The above modification of conditions of release is ordered, to be effective on  5-7-21 .

[ ] The above modification of conditions of release is not ordered.

| | |
|---|---|
| _____ | 5-7-21 |
| Signature of Judicial Officer | Date |
| John T. Rodgers | |