# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Dehnel, Donovan Wayne | Docket No. | 2:21CR00019-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Donovan Wayne Dehnel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 26th day of April 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of methamphetamine on May 10, 2021.

On April 28, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the conditions, which included standard condition number 9.

On May 10, 2021, Mr. Dehnel reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Dehnel signed a substance abuse denial report indicating his last use of methamphetamine was over 1 week prior. Subsequently, the sample was sent to Alere Toxicology Services (Alere) for further analysis.

On May 23, 2021, Alere confirmed the above-noted urine specimen tested positive for the presence of methamphetamine.

**Violation #2:** Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on May 14, 2021.

On April 28, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the conditions, which included standard condition number 9.

On May 14, 2021, Mr. Dehnel reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Dehnel signed a substance abuse denial report indicating his last use of methamphetamine was 2 weeks prior. Subsequently, the sample was sent to Alere for further analysis.

On May 26, 2021, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

PS-8
**Re: Dehnel, Donovan Wayne**
**May 27, 2021**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2021

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 27, 2021
Date