# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2021

SEAN F. MCAVOY, CLERK

U.S.A. vs.     Dehnel, Donovan Wayne     Docket No.     2:21CR00019-RMP-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Donovan Wayne Dehnel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 26th day of April 2021, under the following conditions:

**Special Condition #3:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Donovan Wayne Dehnel is alleged to have violated his conditions of pretrial release supervision by failing to report for random drug testing on August 16, 2021.

On April 28, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the conditions, which included special condition number 3.

Also on April 28, 2021, Mr. Dehnel was referred to the phase urinalysis program at Pioneer Human Services (PHS). Mr. Dehnel was instructed to contact PHS on a daily basis to determine if he was required to submit to urinalysis. The requirements of the phase urinalysis program were also reviewed with Mr. Dehnel on April 28, 2021. Mr. Dehnel acknowledged an understanding that an inability or unwillingness to provide a urine sample may result in revocation proceedings.

On August 16, 2021, Mr. Dehnel failed to report for random drug testing at PHS.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: 08/31/2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Dehnel, Donovan Wayne**
**August 31, 2021**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

August 31, 2021
Date