# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Dehnel, Donovan Wayne | Docket No. | 2:21CR00019-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Donovan Wayne Dehnel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 26th day of April 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #3:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by admitting to smoking methamphetamine on September 20 and 22, 2021.

On April 28, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the conditions, which included standard condition number 9.

On September 22, 2021, Mr. Dehnel reported to the U.S. Probation Office to submit to urinalysis. Prior to providing a urine specimen, Mr. Dehnel admitted he smoked methamphetamine on September 20 and 22, 2021. Subsequently, Mr. Dehnel signed a substance abuse admission form acknowledging his use of methamphetamine on those dates. Due to admitting to using methamphetamine, the undersigned officer did not collect a urine specimen from Mr. Dehnel on September 22, 2021.

**Violation #2:** Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on September 13, 2021.

On April 28, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the conditions, which included special condition number 3.

Also on April 28, 2021, Mr. Dehnel was referred to the phase urinalysis program at Pioneer Human Services (PHS). Mr. Dehnel was instructed to contact PHS on a daily basis to determine if he was required to submit to urinalysis. The requirements of the phase urinalysis program were also reviewed with Mr. Dehnel on April 28, 2021. Mr. Dehnel acknowledged an understanding that an inability or unwillingness to provide a urine sample may result in revocation proceedings.

On September 13, 2021, Mr. Dehnel failed to report to PHS for random drug testing.

PS-8
**Re: Dehnel, Donovan Wayne**
**September 23, 2021**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 23, 2021

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

September 24, 2021
Date