UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Dehnel, Donovan Wayne | Docket No. | 2:21CR00019-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Donovan Wayne Dehnel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 26th day of April 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or before November 4, 2021.

On April 28, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel.  Mr. Dehnel acknowledged an understanding of the conditions, which included standard condition number 9.

On November 4, 2021, Mr. Dehnel reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of methamphetamine.  Mr. Dehnel admitted to U.S. Probation Officer (USPO) Heinen that he had been ingesting methamphetamine every 3 to 4 days, with his last use of methamphetamine being on November 3, 2021. Subsequently, Mr. Dehnel signed a substance abuse admission form acknowledging his last use of methamphetamine was on November 3, 2021.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   November 9, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Dehnel, Donovan Wayne**
**November 9, 2021**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____November 9, 2021_____
Date