PS 8 (3/15)    Case 2:21-cr-00019-RMP    ECF No. 94    filed 02/02/22    PageID.279    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Dehnel, Donovan Wayne      Docket No.      0980 2:21CR00019-RMP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Donovan Wayne Dehnel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 20th day of December 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Standard Condition #27:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may by used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on January 5, 2022.

On December 21, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the release conditions, which included standard condition number 9.

On January 5, 2022, Mr. Dehnel reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Dehnel denied using illegal controlled substances at that time. The sample was sent to Alere Toxicology Services (Alere) for further analysis.

On January 20, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of methamphetamine. Alere also confirmed Mr. Dehnel's urine specimen was dilute.

**Violation #2:** Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at PHS on January 21, 2022.

On December 21, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the release conditions, which included additional condition number 27.

The undersigned officer referred Mr. Dehnel to the phase urinalysis testing program at PHS. Mr. Dehnel was instructed to contact PHS daily to determine if he was required to submit to random urinalysis for the purpose of drug testing. Mr. Dehnel failed to report to random urinalysis at PHS on January 21, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8

**Re: Dehnel, Donovan Wayne**
**February 2, 2022**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    February 2, 2022

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

2/2/2022

Date