UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2022

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Dehnel, Donovan Wayne | Docket No. | 2:21CR00019-RMP-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Donovan Wayne Dehnel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 20th day of December 2021, under the following conditions:

**Standard Condition #27:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may by used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at Pioneer Human Services (PHS) on February 9, 2022.

On December 21, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the release conditions, which included additional condition number 27.

The undersigned officer referred Mr. Dehnel to the phase urinalysis testing program at PHS. Mr. Dehnel was instructed to contact PHS daily to determine if he was required to submit to random urinalysis for the purpose of drug testing. Mr. Dehnel failed to report to random urinalysis at PHS on February 9, 2022.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: February 18, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Dehnel, Donovan Wayne
February 18, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

2/18/2022
_____
Date