UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Dehnel, Donovan Wayne | Docket No. | 0980 2:21CR00019-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Donovan Wayne Dehnel, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 20th day of December 2022, under the following conditions:

<u>**Standard Condition #9:**</u> Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 21, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Dehnel. Mr. Dehnel acknowledged an understanding of the release conditions, which included standard condition number 9.

<u>**Violation #1:**</u> Donovan Wayne Dehnel is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of cocaine on March 16, 2022.

On March 16, 2022, Mr. Dehnel reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of cocaine. The urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On March 22, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of cocaine.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: March 24, 2022 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Dehnel, Donovan Wayne
March 24, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____3/24/2022_____
Date