PROB 12C
(6/16)

Report Date: May 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donovan Wayne Dehnel | Case Number: 0980 2:21CR00019-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99203 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge | |
| Date of Original Sentence: April 5, 2022 | |
| Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a) | |
| Original Sentence: Probation - 3 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Richard R. Barker | Date Supervision Commenced: April 6, 2022 |
| Defense Attorney: Molly Marie Winston | Date Supervision Expires: April 5, 2025 |

### PETITIONING THE COURT

To issue a summons.

On April 11, 2022, Mr. Dehnel's conditions of supervised release were explained and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about April 11, 2022. |
| | On April 11, 2022, Mr. Dehnel reported to the U.S. Probation Office for his intake appointment. At that time, he submitted a urine specimen that returned presumptive positive for methamphetamine and amphetamine. He initially denied use, but later admitted to use of said substances after the urine specimen was confirmed positive for methamphetamine and amphetamine. |

Prob12C
Re: Dehnel, Donovan Wayne
May 6, 2022
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about April 15, 2022.

On April 15, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine. He initially denied use, but later admitted to the probation officer that he had relapsed. The urine specimen was confirmed positive for methamphetamine and was also dilute.

3      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to report to PHS for urinalysis testing on April 18, 2022.

This officer received email correspondence from PHS indicating Mr. Dehnel failed to report for urinalysis testing on April 18, 2022.

4      **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to be present at his residence for a scheduled appointment on April 26, 2022.

On April 11, 2022, the probation officer instructed Mr. Dehnel to be present at his residence for home inspection on April 26, 2022.

On April 26, 2022, this officer attempted to contact the offender at his residence for the scheduled home inspection, but he was not present. The undersigned attempted to contact him on his cellular telephone, but he failed to answer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 6, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Dehnel, Donovan Wayne
May 6, 2022
Page 3

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

5/6/2022

Date