PROB 12C
(6/16)

Report Date: June 30, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donovan Wayne Dehnel     Case Number: 0980 2:21CR00019-RMP-1

Address of Offender: ███████████████ Spokane, Washington 99203

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: April 5, 2022

Original Offense:     Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)

Original Sentence:    Probation - 3 years          Type of Supervision: Probation

Asst. U.S. Attorney:  Richard R. Barker            Date Supervision Commenced: April 6, 2022

Defense Attorney:     Molly Marie Winston          Date Supervision Expires: April 5, 2025

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/06/2022.

On April 11, 2022, Mr. Dehnel's conditions of supervised release were explained and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about May 31, 2022. |
| | On May 31, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for methamphetamine. At that time, he signed a denial form indicating he had not used said substance. The urine specimen was thereafter sent to the national drug testing laboratory and was confirmed positive for methamphetamine. |
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Dehnel, Donovan Wayne**
**June 30, 2022**
**Page 2**

        **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about June 8, 2022.

        On June 8, 2022, Mr. Dehnel submitted a urine specimen at PHS that was presumptive positive for methamphetamine and amphetamine. At that time, he signed a denial form indicating he had not used said substances. The urine specimen was thereafter sent to the national drug testing laboratory and was confirmed positive for methamphetamine and amphetamine.

7        **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about June 13, 2022.

        On June 13, 2022, Mr. Dehnel submitted a urine specimen at PHS that returned presumptive positive for methamphetamine. At that time, he signed a denial form indicating he had not used said substance. The urine specimen was thereafter sent to the national drug testing laboratory and was confirmed positive for methamphetamine.

8        **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about June 23, 2022.

        On June 23, 2022, Mr. Dehnel submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine. At that time, he signed an admission form acknowledging use of methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 30, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Dehnel, Donovan Wayne
June 30, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

6/30/2022
Date