PROB 12C
(6/16)

Report Date: July 14, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donovan Wayne Dehnel | Case Number: 0980 2:21CR00019-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99203 | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: April 5, 2022 | |
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a) |
| Original Sentence:  Probation - 3 years | Type of Supervision: Probation |
| Asst. U.S. Attorney:  Richard R. Barker | Date Supervision Commenced: April 6, 2022 |
| Defense Attorney:  Molly Marie Winston | Date Supervision Expires: April 5, 2025 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 5/6/2022 and 6/30/2022.

On April 11, 2022, Mr. Dehnel's conditions of supervised release were explained to him and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by ingesting controlled substances, methamphetamine and amphetamine, on or about July 5, 2022.<br><br>On July 5, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine and amphetamine.  At that time, he signed a denial of use form indicating he had not used said substances.  The urine specimen was thereafter sent to the national drug testing laboratory and was confirmed positive for methamphetamine and amphetamine. |

Prob12C
Re: Dehnel, Donovan Wayne
July 14, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/14/2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/14/2022
Date