FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONOVAN WAYNE DEHNEL,<br><br>Defendant. | No. 2:21-CR-00019-RMP-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION PETITIONS AND GRANTING EMERGENCY MOTION TO QUASH WARRANT<br><br>**MOTION GRANTED**<br>   **(ECF No. 137)** |

On July 14, 2022, the Court held a hearing for Defendant DONOVAN WAYNE DEHNEL's initial appearance based on a petition for action, post-conviction, filed June 30, 2022, ECF No. 131, alleging violation, Nos. 5-8 and filed on July 14, 2022, ECF No. 139, alleging violation No. 9. Defendant appeared while in custody represented by Assistant Federal Defender Molly Winston. Assistant U.S. Attorney Earl Hicks represented the United States. U.S. Probation Officer Lori Cross was also present.

The United States addressed the pending Emergency Motion to Quash Warrant, **ECF No. 137**. The United States did not seek Defendant's detention at

ORDER - 1

this time and the United States, and U.S. Probation support Defendant remaining in inpatient substance abuse treatment.

Defendant was advised of, and acknowledged, his rights. The Court entered a denial of the violations pending on the petitions on behalf of the Defendant.

**IT IS ORDERED** Defendant's Emergency Motion to Quash Warrant, **ECF No. 137, is GRANTED**. Defendant is released on the previously ordered conditions of supervision and the additional conditions that he report to inpatient treatment at Spokane Regional Stabilization Center and follow the assessment recommendations and all recommendations of the treatment provider regarding mental health and controlled substances.

A **supervised release revocation hearing** is set before Senior Judge Peterson in Spokane Courtroom 901 on, **July 26, 2022, at 2:30 p.m.**

**IT IS SO ORDERED.**

DATED July 14, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2