PS 8
(3/15)

Case 2:21-cr-00019-RMP   ECF No. 153   filed 07/19/22   PageID.472   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.            Dehnel, Donovan Wayne            Docket No.    0980 2:21CR00019-RMP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Lori Cross, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Donovan Wayne Dehnel, who was placed under pretrial release supervision by the Honorable James A. Goeke sitting in the court at Spokane, Washington, on the 14th day of July 2022, under the following conditions:

Defendant is released on the previously ordered conditions of supervision and the additional conditions that he report to inpatient treatment at Spokane Regional Stabilization Center and follow the assessment recommendations and all recommendations of the treatment provider regarding mental health and controlled substances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Donovan Wayne Dehnel is alleged to have violated his pretrial release conditions by failing to follow the assessment recommendations of his treatment provider. Specifically, he left the inpatient treatment facility on July 16, 2022, against the advice of treatment staff.

On July 14, 2022, Mr. Dehnel appeared before the Court for an initial appearance on two supervised release petitions. At that time, he was released on conditions of pretrial release, as noted above.

Following his appearance before the Court, Mr. Dehnel was transported back to the Spokane Regional Stabilization Center (SRSC) so that he could participate in co-occurring inpatient treatment. On July 16, 2022, Mr. Dehnel left the SRSC at approximately 12:45 p.m. against the advice of treatment staff.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on:   July 18, 2022 |
|   | by | s/Lori Cross |
|   |   | Lori Cross<br>U.S. Pretrial Services Officer |

PS-8

Re: Dehnel,, Donovan Wayne
July 18, 2022
Page 2

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

July 19, 2022
_____
Date