PROB 12C
(6/16)

Report Date:  September 12, 2022

# United States District Court

### for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 12, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donovan Wayne Dehnel          Case Number: 0980 2:21CR00019-RMP-1

Address of Offender: ███████████████ Spokane, Washington 99203

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: April 5, 2022

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), and 924(a) |

| | | | |
|---|---|---|---|
| Original Sentence: | Probation - 3 years | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | April 6, 2022 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: | April 5, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/6/2022, 6/30/2022 and 7/14/2022.

On April 11, 2022, Mr. Dehnel's conditions of supervised release were explained to him and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about August 23, 2022. |
| | On August 23, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services that returned presumptive positive for methamphetamine.  At that time, Mr. Dehnel signed a denial form indicating he had not used said substance.  When he was questioned by the probation officer, he continued to adamantly deny use of illicit substances. The urine specimen was thereafter confirmed positive for the presence of methamphetamine by the laboratory. |

Prob12C

**Re: Dehnel, Donovan Wayne**
**September 12, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 12, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[  ] No Action
[  ] The Issuance of a Warrant
[  ] The Issuance of a Summons
[ x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ] Defendant to appear before the Judge assigned to the case.
[ x] Defendant to appear before the Magistrate Judge.
[  ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

9/12/2022

Date