PROB 12C
(6/16)

Report Date: October 11, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 11, 2022
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donovan Wayne Dehnel    Case Number: 0980 2:21CR00019-RMP-1

Address of Offender: [redacted] Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 5, 2022

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)

Original Sentence: Probation - 3 years    Type of Supervision: Probation

Asst. U.S. Attorney: Richard R. Barker    Date Supervision Commenced: April 5, 2022

Defense Attorney: Molly Marie Winston    Date Supervision Expires: April 4, 2025

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/06/2022, 06/30/2022, 07/14/2022, and 09/12/2022.

On April 11, 2022, Mr. Dehnel's conditions of supervised release were explained to him and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1 by driving on a suspended license on or about September 15, 2022.

On September 15, 2022, Mr. Dehnel was contacted by the Washington State Patrol during a traffic stop. According to the incident report, the offender was pulled over due to not having his license plate displayed on his vehicle. Mr. Dehnel admitted to the officer that he did not have license plates, nor was he insured. He also informed the officer that his license was suspended, which was later confirmed by the Department of Licensing. He further provided the officer with a bill of sale for his vehicle from 2018; however, he never transferred the title into his name. Subsequently, the officer instructed Mr. Dehnel not to drive and he was cited for failure to transfer title within 45 days and operating a vehicle with no insurance. It should be noted, he was not cited for driving on a suspended license.

On September 15, 2022, Mr. Dehnel contacted this officer to report his contact with law enforcement. At that time, he acknowledged he should not have been driving due to his suspended license. The undersigned instructed him to not drive until his license is reinstated.

On October 7, 2022, Mr. Dehnel's charge for failure to transfer title within 45 days, case number 2A0582063, was dismissed without prejudice in Spokane County District Court.

12 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by ingesting a controlled substance, methamphetamine, on or about September 29, 2022.

On September 29, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine. At that time, he signed a denial of use form indicating he had not used said substances. It should be noted, on October 5, 2022, he admitted to the probation officer he had used methamphetamine approximately 1 week prior to the aforementioned urine collection. The specimen was thereafter confirmed positive for methamphetamine and amphetamine.

13 **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to be present for a scheduled appointment at his residence on October 11, 2022.

On October 11, 2022, this officer attempted to contact Mr. Dehnel at his residence for a scheduled home inspection, but he was not present. The undersigned attempted to contact him on his cellular telephone, but he failed to answer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 11, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/11/2022

Date