PROB 12C
(6/16)

Report Date: November 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 09, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donovan Wayne Dehnel | Case Number: 0980 2:21CR00019-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge | |
| Date of Original Sentence: April 5, 2022 | |
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a) |
| Original Sentence: Probation - 3 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Richard R. Barker | Date Supervision Commenced: April 5, 2022 |
| Defense Attorney: Molly Marie Winston | Date Supervision Expires: April 4, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/06/2022, 06/30/2022, 07/19/2022, 09/12/2022, and 10/11/2022.

On April 11, 2022, Mr. Dehnel's conditions of probation were explained to him and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about October 14, 2022. |
| | On October 14, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for methamphetamine.  At that time, he signed a denial form indicating he had not used said substance.  The urine specimen was thereafter sent to the national laboratory and it was confirmed positive for methamphetamine. |
| 15 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these |

Prob12C
**Re: Dehnel, Donovan Wayne**
**November 9, 2022**
**Page 2**

substances.

**Supporting Evidence**:  The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about October 19, 2022.

On October 19, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for methamphetamine.  At that time, he signed a denial form indicating he had not used said substance.  The urine specimen was thereafter sent to the national laboratory and it was confirmed positive for methamphetamine.

16      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about October 28, 2022.

On October 28, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for methamphetamine.  At that time, he signed a denial form indicating he had not used said substance.  The urine specimen was thereafter sent to the national laboratory and it was confirmed positive for methamphetamine.

17      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about October 31, 2022.

On October 31, 2022, Mr. Dehnel submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine.  When questioned by the undersigned, he initially denied use.  He later admitted that he was "struggling" and stated he had used methamphetamine approximately 2 weeks prior.  The urine specimen was thereafter sent to the national laboratory and it was confirmed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 9, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob 12C
Re: Dehnel, Donovan Wayne
November 9, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

11/9/2022
Date