PROB 12C
(6/16)

Report Date: November 22, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donovan Wayne Dehnel | Case Number: 0980 2:21CR00019-RMP-1 |
| Address of Offender: ███████████████████ Spokane, WA 99260 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 5, 2022

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)

| | | | |
|---|---|---|---|
| Original Sentence: | Probation - 3 years | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | April 5, 2022 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: | April 4, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/6/2022, 6/30/2022, 7/14/2022, 7/19/2022, 9/12/2022, 10/11/2022, and 11/09/2022.

On April 11, 2022, Mr. Dehnel's conditions of probation were explained to him and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Special Condition #4** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about November 9, 2022. |
| | On November 9, 2022, Mr. Dehnel submitted a urine specimen at Pioneer Human Services that was presumptive positive for methamphetamine. At that time, he signed a denial form indicating he had not used said substance. The urine specimen was thereafter confirmed positive for methamphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Dehnel, Donovan Wayne**
**November 22, 2022**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 22, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

11/22/2022
Date