PROB 12C
(6/16)

Report Date: February 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donovan Wayne Dehnel                Case Number: 0980 2:21CR00019-RMP-1

Address of Offender: ███████████████    Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 5, 2022

Original Offense:        Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)

Original Sentence:       Probation - 3 years            Type of Supervision: Supervised Release

Revocation Sentence:     Prison - 3 months
(November 29, 2022)      TSR - 33 months

Asst. U.S. Attorney:     Richard Barker                 Date Supervision Commenced: January 5, 2023

Defense Attorney:        Molly Winston                  Date Supervision Expires: October 4, 2025

## PETITIONING THE COURT

To issue a summons.

On January 10, 2023, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about January 6, 2023. |
| | On January 6, 2023, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine. At that time, he signed a denial form indicating he had not used said substance. Thereafter, the urine specimen was sent to the national laboratory for further testing and it was confirmed positive for methamphetamine. |

Prob12C

Re: Dehnel, Donovan Wayne
February 7, 2023
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about January 11, 2023.

On January 11, 2023, Mr. Dehnel submitted a urine specimen at PHS that returned presumptive positive for methamphetamine. At that time, he signed a denial form indicating he had not used said substance. Thereafter, the urine specimen was sent to the national laboratory for further testing and it was confirmed positive for methamphetamine.

3     **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about January 24, 2023.

On January 24, 2023, Mr. Dehnel submitted a urine specimen at PHS that returned presumptive positive for methamphetamine. At that time, he signed a denial form indicating he had not used said substance. Thereafter, the urine specimen was sent to the national laboratory for further testing and it was confirmed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 7, 2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

2/8/2023
Date