PROB 12C
(6/16)

Report Date: June 2, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donovan Wayne Dehnel | Case Number: 0980 2:21CR00019-RMP-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: April 5, 2022 | |
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a) |
| Original Sentence: | Probation - 3 years |   Type of Supervision: Supervised Release |
| Revocation Sentence: (November 29, 2022) | Prison - 3 months  TSR - 33 months |
| Asst. U.S. Attorney: | Richard Barker |   Date Supervision Commenced: January 5, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs |   Date Supervision Expires: October 4, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/08/2023 and 03/01/2023.

On January 10, 2023, the offender's conditions of release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.  **Standard Condition # 13:** You must follow the instructions of the probation officer related to the conditions of supervision.  **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by driving on a suspended license on or about May 20, 2023.  Further, he failed to follow the probation officer's instruction on that same date.  On May 15, 2023, this officer instructed the offender not to drive a motor vehicle until his driver's license was reinstated.  On May 20, 2023, Mr. Dehnel was cited for Third Degree Driving While License Suspended, in violation of R.C.W. 46.20.342.1C. He was scheduled to appear in Spokane |

Prob12C
**Re: Dehnel, Donovan Wayne**
**June 2, 2023**
**Page 2**

Municipal Court on May 31, 2023, in case number 3A0040544, however, the case has been closed because the prosecutor declined to prosecute the new law violation.

It should be noted, Mr. Dehnel did report his contact with law enforcement to the probation officer on May 20, 2023.

6     **Special Condition # 5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5 by ingesting controlled substances, methamphetamine and amphetamine, on or about May 15, 2023.

On May 15, 2023, Mr. Dehnel submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for amphetamine and methamphetamine. At that time, Mr. Dehnel adamantly denied drug use and signed a denial form indicating such. The urine specimen was thereafter sent to the national laboratory for further testing and it was confirmed positive for said substances.

On May 25, 2023, the offender admitted to the probation officer that he ingested methamphetamine on or about May 15, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 2, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Dehnel, Donovan Wayne**
**June 2, 2023**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

6/2/2023
_____
Date