PROB 12C
(6/16)

Report Date: July 13, 2023

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2023

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donovan Wayne Dehnel          Case Number: 0980 2:21CR00019-RMP-1

Address of Offender: ███████████████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: April 5, 2022

Original Offense:          Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)

Original Sentence:        Probation - 3 years          Type of Supervision: Supervised Release

Revocation Sentence:     Prison - 3 months
(December 1, 2022)       TSR - 33 months

Asst. U.S. Attorney:      U.S. Attorney's Office       Date Supervision Commenced: January 5, 2023

Defense Attorney:         Derek T. Taylor              Date Supervision Expires: October 4, 2025

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/08/2023.

On January 10, 2023, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about July 6, 2023.

On July 6, 2023, Mr. Dehnel submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine. On that same date, he signed a denial form indicating he had not used said substance.

On July 11, 2023, this officer contacted the offender to address the above-referenced positive urinalysis test. At that time, he admitted to using methamphetamine on or about July 6, 2023.

**Prob12C**
**Re: Dehnel, Donovan Wayne**
**July 13, 2023**
**Page 2**

2      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by using a device in an effort to defeat urinalysis testing on July 13, 2023.

     On July 13, 2023, the offender reported to the U.S. Probation Office and attempted to utilize a device to circumvent urinalysis testing. When confronted, Mr. Dehnel admitted to using a device, which was subsequently confiscated.

3      **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about July 11, 2023.

     On July 13, 2023, Mr. Dehnel submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine. When questioned by the undersigned, he admitted to using methamphetamine on or about July 11, 2023.

4      **Special Condition # 4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

     **Supporting Evidence:** The offender is alleged to have violated special condition number 4, by failing to attend required group treatment sessions at Spokane Addiction Recovery Centers on June 19 and July 3, 2023.

     On July 13, 2023, the probation officer spoke to the offender's treatment counselor, who advised that Mr. Dehnel was a no call/no show for his treatment sessions on June 19 and July 3, 2023.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 13, 2023

         s/Lori Cross

         Lori Cross
         U.S. Probation Officer

Prob12C
**Re: Dehnel, Donovan Wayne**
**July 13, 2023**
**Page 3**

## THE COURT ORDERS

[ ]   No Action

[X]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[X]   Defendant to appear before the Magistrate Judge.

[ ]   Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

7/14/2023

Date